**SUN OIL COMPANY OF PENNSYLVANIA, Plaintiff-Appellee,**

v.

**The SECRETARY OF the DEPARTMENT OF ENERGY, Defendant-Appellant,**

**and**

**Oskey Gasoline and Oil Company, Intervenor-Appellant.**

**No. 5–42.**

Temporary Emergency Court of Appeals.

Argued Sept. 28, 1979.

Decided Oct. 26, 1979.

Robert A. Schwartzbauer, Dorsey, Windhorst, Hannaford, Whitney & Halladay, Minneapolis, Minn., with whom George Eck, Minneapolis, Minn., and Reagan, Burch, Scott Rozzell and David R. Smith, Baker & Botts, Houston, Tex., were on the brief for intervenor-appellant.

Jon A. Baughman, Pepper, Hamilton & Scheetz, Philadelphia, Pa., with whom Ste-

---

phen A. Sundheim, Philadelphia, Pa., of the same firm, David Bland, Barrow, Bland & Rehmet, Houston, Tex., and Dean M. Hasseman, Sun Oil Co. of Pennsylvania, Philadelphia, Pa., were on the brief for plaintiff-appellee.

Before INGRAHAM, GEWIN and MORGAN, Judges.

PER CURIAM:

This court has previously considered this case and remanded it to the United States District Court for the Southern District of Texas. *Sun Oil Company of Pennsylvania v. Federal Energy Administration*, 572 F.2d 867 (TECA 1978). On trial after remand the district court filed a memorandum and order ruling on the merits of the case. We affirm the judgment of the district court on the basis of its memorandum and order. *Sun Oil Company of Pennsylvania v. Department of Energy and Oskey Gasoline and Oil Company* (S.D.Tex.1979).

Affirmed.